AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| **United States of America** | |
| **v.** | Case No. 25-MJ-649 |
| **I-V SHASKA ZOREZ a/k/a Hans Christian Perez,** | |
| *Defendant.* | |

## CRIMINAL COMPLAINT

I, William J. Connell, IV, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 4, 2025, in the County of Monroe, in the Western District of New York, the defendant violated an offense as follows:

knowingly and unlawfully possessed a firearm by an unlawful user of a controlled substance, in violation of Title 18, United States Code, Section 922(g)(3).

This Criminal Complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF FBI TASK FORCE OFFICER WILLIAM J. CONNELL, IV.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

WILLIAM J. CONNELL, IV, TFO FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 12, 2025

_____
*Judge's signature*

HONORABLE MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Rochester, New York

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

-v-

I-V SHASKA ZOREZ, a/k/a
HANS CHRISTIAN PEREZ

                Defendant.

_____

AFFIDAVIT

25 MJ 649

State of New York    )
County of Monroe    )  ss
City of Rochester    )

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

**WILLIAM J. CONNELL, IV**, being duly sworn, deposes and say:

1.      I am a deputized Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") in Rochester, New York. Through my employment with both the Monroe County Sherriff's Office and the FBI, I have gained knowledge of the use of various investigative techniques, including, but not limited to, conducting physical surveillance, conducting interviews, obtaining information through administrative and grand jury subpoenas, preparing and executing state and federal search warrants, preparing reports, and reviewing electronic evidence. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

2.      This affidavit is submitted in support of a criminal complaint against I-V SHASKA ZOREZ, a/k/a Hans Christian Perez, (hereinafter "I-V"), for a violation of Title 18, United States Code, Section 922(g)(3) (Illegal Substance User in Possession of a Firearm).

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all my knowledge, or the knowledge of others, about this matter. In support thereof, I respectfully state the following:

## PROBABLE CAUSE

4.      In 1990, HANS CHRISTIAN PEREZ was born in Cebu City, Philippines to father, Gino Manuel V. Perez and mother, Christine C. Perez.

5.      On August 9, 2000, HANS CHRISTIAN PEREZ moved to the United States to be with his mother, Christine C. Perez and his stepfather, Joseph Charles Yuzamas. Since immigrating to the United States, HANS CHRISTIAN PEREZ naturalized as a United States Citizen.

6.      On or about June 2019, HANS CHRISTIAN PEREZ moved to Rochester, New York.

7.      At some point, HANS CHRISTIAN PEREZ started to identify as a woman and used the name I-V SHASKA ZOREZ (hereinafter "I-V").

8.      On or about March 2025, I-V purchased a Mosin-Nagant M44 Carbine rifle, serial number "M40353", from an online firearms broker called OLD STEEL GUNS (OSG). OSG is located at 7950 South Lincoln Street, Unit B100, Littleton, Colorado, 80122. I-V used the birth name of HANS CHRISTIAN PEREZ to purchase the firearm on the Firearms Transaction Record form.

9.      On or about April 10, 2025, I-V purchased 200 rounds of 7.62×54mmR ammunition for the Mosin-Nagant M44 Carbine rifle from an online ammunition broker called RƎD ARMY STAИDARD.

10.    RƎD ARMY STAИDARD supply is managed by Century Arms. Century Arms is located at 430 South Congress Avenue, Delray beach, Florida 33445.

11.    On the Firearms Transaction Record form, Question "21e" states:

    a.    "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning**: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside."

12.    On March 28, 2025, I-V marked "No" for the answer to Question "21e".

13.    On the Firearms Transaction Record form, Question "21f" states:

    a.    "Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution?"

14.    On March 28, 2025, I-V marked "No" for the answer to Question "21f".

15.    On March 28, 2025, I-V signed and certified their Firearms Transaction Record form. Above the signature line, the Firearms Transaction Record form states:

    a.    **"I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written**

**statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law."**

16.    On the Firearms Transaction Record form, I-V identified residence as 54 Harper Street, APT 3, Rochester, NY, 14607.

17.    The National Instant Criminal Background Check System (NICS) number for this transaction was "250871034001".

18.    On April 2, 2025, I-V cleared the NICS.

19.    On April 2, 2025, I-V used New York State Driver's License ID "735451218" with birth name of HANS CHRISTIAN PEREZ, to pick up the firearm, Mosin-Nagant M44 Carbine rifle, serial number "M40353". On April 10, 2025, I-V picked up 200 rounds of 7.62×54mmR ammunition at Ikkin Arms.

20.    Ikkin Arms is located at 1250 Scottsville Road, Suite 30A, Rochester, NY 14624 and has a Federal Firearms License of 6-16-055-07-6L-03465.

21.    On April 2, 2025, I-V signed the Firearms Transaction Record form with the name "I-V ZOREZ". Above the signature line, the Firearms Transaction Record states:

a.    **"I certify that my answers in Section B are true, correct, and complete."**

22.    On May 2, 2025, I-V was issued her new New York State Driver's License ID "735451218", with the name "I-V SHASKA ZOREZ" and the "Sex" as "F" for female.

23.    On August 11, 2025, I-V was issued her new Social Security card with her legally changed name of "I-V SHASKA ZOREZ".

24.    On November 4, 2025, at approximately 8:29:10 a.m. EST, RPD started receiving calls that an Asian male with a trench coat, face covering, and who was wearing ammunition, was standing

on the corner of Park Avenue and South Goodman Street with an antique rifle. At approximately 8:33:21 a.m. EST, RPD received a call that the Asian male fired the weapon into the air. At approximately 8:35:28 a.m. EST, an RPD officer and a Monroe County Deputy Sherriff were first to respond to the scene. Law enforcement encountered a person they identified as I-V. I-V had the weapon slung around the shoulder with the bayonet affixed and had hands out in a surrendering posture. I-V was cooperative with responding officers and greeted them with, "Hello fellow comrades." After the arrest, I-V thanked the responding officers for "not being trigger happy." RPD inventoried and seized all of I-V's personal belongings, including the rifle and approximately eight (8) rounds of ammunition. Additionally, a spent shell casing was recovered from the ground in the vicinity of where I-V was taken into custody. Subsequent to being taken into custody, I-V was transferred by RPD to Strong Memorial Hospital where she was placed under a Mental Health Arrest (MHA).

26.    On November 6, 2025, I-V's roommate, hereinafter referred to as EF, was interviewed by the FBI. According to EF, I-V started to smoke marijuana once a week on or about May of 2025. According to EF, I-V slowly started to pick up the regularity of smoking marijuana to the point where I-V was smoking marijuana almost daily. According to EF, I-V last smoked marijuana on the night of November 3, 2025 (the night before the incident of I-V's arrest by RPD). On the morning of November 4, 2025, EF saw I-V around 8:00 a.m. before EF went to work. EF did not see anything out of the ordinary with I-V. EF opined I-V fired the round into the air as either a cry for help or because I-V truly believed I-V was calling in help from the military or local law enforcement. EF also opined I-V might have fired the round into the air to force a suicide by cop situation.

26.    On November 7, 2025, I-V consented to an interview with the FBI while an in-patient at Strong Memorial Hospital Behavioral Health facility. At the beginning of the interview, I-V was informed the interview was entirely voluntary, I-V did not have to answer any questions and I-V could terminate the interview at any time. I-V acknowledged the voluntary nature of the interview and

wished to continue with the interview. I-V shared the following information during the course of the interview:

27.    According to I-V, sometime during the summer of 2025, I-V broke sobriety from marijuana and started to smoke marijuana again after struggling to get prescribed medications. I-V purchases marijuana from local marijuana dispensaries within walking distance of I-V's apartment. I-V occasionally smokes marijuana in an effort to relax. I-V acknowledged legally purchasing the Mosin-Nagant M44 Carbine rifle online from an FFL. I-V confirmed picking up the Mosin-Nagant M44 Carbine rifle from an FFL near the airport in Rochester, NY. I-V enjoyed going on walks in a Soviet military uniform. I-V identifies as a Marxist-Leninist. I-V would routinely walk throughout the entire neighborhood almost daily in the Soviet military uniform. Approximately one week prior to November 4, 2025, (the day of arrest by Rochester Police Department [RPD]), I-V went on an evening walk in the Soviet military uniform while carrying the Mosin-Nagant M44 Carbine rifle. I-V viewed this walk as a "night watch" and wanted to "test the waters" and see if anything would happen or if anyone would say anything. I-V ran into no issues and returned home without incident. I-V acknowledged last smoking marijuana on the night of November 3, 2025 (the night before the incident resulting in arrest by RPD). I-V claimed to not know November 4, 2025, was election day despite having previously worked as a political activist with involvement in campaigns. I-V decided to go on a walk in the Soviet military uniform while carrying the Mosin-Nagant M44 Carbine rifle and while carrying ammunition. When I-V got to the intersection of Park Avenue and South Goodman Street, I-V decided to make a "distress signal" to the military and law enforcement to help. I-V loaded one round of 7.62×54mmR ammunition into the Mosin-Nagant M44 Carbine rifle, serial number "M40353", and fired indiscriminately into the air. I-V thought the "distress signal" would gain the audience of a military general. I-V confirmed never being diagnosed with any sort of mental condition before this incident despite struggles with anxiety, depression and prior suicide attempts. Since being admitted to Strong Memorial Hospital, I-V was diagnosed with multiple mental health disorders and

was being prescribed multiple medications. I-V was questioned as to whether the mental health conditions or medications were impairing I-V's ability to understand questions during the interview and clearly articulate responses. I-V acknowledged being lucid and having no issues understanding the interview questions or responding appropriately. The interview team observed I-V to have deliberate, well thought out answers and did not observe erratic responses or behavior.

28.    On November 10, 2025, a special agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) informed your affiant that the Mosin-Nagant M44 Carbine rifle, bearing serial number "M40353", was manufactured outside the State of New York and traveled in interstate commerce.

## CONCLUSION

29.    Based on the above information, I submit there is probable cause to believe that on or about November 4, 2025, in the City of Rochester, County of Monroe, New York, Western Judicial District of New York, I-V SHASKA ZOREZ, a/k/a Hans Christian Perez, violated Title 18, United States Code, Section 922(g)(3) (Illegal Substance User in Possession of a Firearm).

WILLIAM J. CONNELL, IV
Task Force Officer
Federal Bureau of Investigation

Affidavit and Criminal Complaint submitted
electronically by email in .pdf format. Oath
administered, and contents and signature, attested
to me as true and accurate telephonically pursuant to
Fed.R.Crim.P. 4.1 and 4(d) on: 11/12/25

HONORABLE MARK W. PEDERSEN
United States Magistrate Judge